Larry Heard, et al.
                    Plaintiff,

v.                                             Case No.: 1:20−cv−03678
                                                     Honorable Sharon Johnson Coleman

Trax Records Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff to file a response to defendants Trax Records Inc., Rachael Cain's motion to dismiss [14] by 12/7/2020. Defendants to file a reply by 12/21/2020. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.