**EXHIBIT F**

| | |
|---|---|
| **From:** | Robert Meloni |
| **To:** | Darke, Richard P. |
| **Cc:** | Thomas McCaffrey; Christopher M. Heintskill (cheintskill@lplegal.com) |
| **Subject:** | RE: Heard v Trax |
| **Date:** | Thursday, August 19, 2021 4:07:00 PM |

Only 3 and 8 were include. 1,2, 4-7 were not produced.

These are listed in my Rule 37 Letter:

1. Trax Music Catalogue. (TPC, ¶5);

2. Demon License Agreement. (*Id*. ¶6);

3. 2012 Settlement Agreement (*Id*., ¶8): **attached to Third Party Complaint, Ex. 2**

4. 2002 Joint Venture Agreement (*Id*., ¶16);

5. 2004 Amendment to Joint Venture Agreement (*Id*.);

6. 2005 Judgment (*Id*., ¶17);

7. 2006 Purchase of Master Recordings and Trax Music Catalogue under the UCC (*Id*., ¶18); and

8. 2007 Casablanca/Demon Music Group License Agreement (*Id*. ¶19): **attached to Third Party Complaint, Ex. 1**


*-Robert S. Meloni*

**MELONI & MCCAFFREY**
3 Columbus Circle |15th Floor
New York, New York 10019
*(t)* (212) 520-6090
*(m)* (917) 331-9556
*(f)* (917) 210-3758
*(e)* rmeloni@m2lawgroup.com
*(w)* http://m2lawgroup.com

**NOTICE**: The information in this Internet e-mail, which includes this e-mail message and any attachments, is attorney client privileged and/or confidential information. The information contained in this message is intended only for the use of the individual or entity named above. Access to this Internet e-mail by anyone else is unauthorized. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or by e-mail and delete this e-mail from your system. Receipt by anyone other than the intended recipient is not a waiver of any attorney/client privilege or work product privilege.

**From:** Darke, Richard P. <RPDarke@duanemorris.com>
**Sent:** Thursday, August 19, 2021 3:28 PM
**To:** Robert Meloni <rmeloni@m2lawgroup.com>

**Cc:** Thomas McCaffrey <tmccaffrey@m2lawgroup.com>; Christopher M. Heintskill (cheintskill@lplegal.com) <cheintskill@lplegal.com>
**Subject:** RE: Heard v Trax

Robert,

Thanks for the email.

Re the document you are looking for, did you review the exhibits that were attached to the third-party complaint that was filed against Casablanca? Start there, and let me know if you need additional documents.

We will have dates for you tomorrow.

Thanks,

Rick

---

**From:** Robert Meloni <rmeloni@m2lawgroup.com>
**Sent:** Thursday, August 19, 2021 2:12 PM
**To:** Darke, Richard P. <RPDarke@duanemorris.com>
**Cc:** Thomas McCaffrey <tmccaffrey@m2lawgroup.com>; Christopher M. Heintskill (cheintskill@lplegal.com) <cheintskill@lplegal.com>
**Subject:** Heard v Trax

Richard:

August 20 Deadline:

We must file a joint status report tomorrow with the names of all remaining deponents and confirmed dates for their depositions through the end of fact discovery. Do you have a list for me?

We need to select dates for each by tomorrow.

Also, my primary issue with your document production is that documents which your pleading has placed in issue were not produced. More specific issues with that production are outlined in the attached letter sent pursuant to Rule 37. If the issue that your client no longer possesses those documents, then please say so in each instance outlined in the attached letter, explaining why they are no longer available.

Let me know when you can speak.

-Robert S. Meloni

**MELONI & MCCAFFREY**
3 Columbus Circle |15th Floor
New York, New York 10019
*(t)* (212) 520-6090
*(m)* (917) 331-9556
*(f)* (917) 210-3758
*(e)* rmeloni@m2lawgroup.com
*(w)* http://m2lawgroup.com

**NOTICE**: The information in this Internet e-mail, which includes this e-mail message and any attachments, is attorney client privileged and/or confidential information. The information contained in this message is intended only for the use of the individual or entity named above. Access to this Internet e-mail by anyone else is unauthorized. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or by e-mail and delete this e-mail from your system. Receipt by anyone other than the intended recipient is not a waiver of any attorney/client privilege or work product privilege.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.